

FROM: George Jarvis Austin
2107 Montauban Court
Stockton, CA 95210

TO: Oakland Federal Court (Ronald V. Dellums)
1301 Clay St. Suite 400s
Oakland, CA 94612

