# Discrimination at Business Establishments

California's Unruh Civil Rights Act protects those with the characteristics listed in the section "What is protected?" from discrimination or harassment by business establishments. This law requires both public and private businesses to provide individuals "full and equal accommodations, advantages, facilities, privileges or services." It applies to housing and public accommodations as well as to establishments such as stores, restaurants, barber shops, among others.



**What Discrimination Looks Like**

**What is Protected**

**Available Remedies**

**Complaint Process**

**FAQ**

## WHAT DISCRIMINATION LOOKS LIKE

The Unruh Civil Rights Act requires "full and equal accommodations, advantages, facilities, privileges or services in all business establishments." This includes, but is not limited to, the following places:

- Hotels and motels
- Nonprofit organizations that have a business purpose or are a public accommodation
- Restaurants
- Theaters
- Hospitals
- Barber shops and beauty salons

- Housing accommodations
- Public agencies
- Retail establishments

The following examples represent potential violations of the Unruh Civil Rights Act. Other situations may also qualify as Unruh Act violations depending on the specific circumstances.

- A hotel charges a $100 service fee only to guests of a certain racial group but not to other guests of the hotel
- A doctor refuses to treat a patient who has been diagnosed as HIV positive
- A same-sex couple is denied a table at a restaurant even though there are vacant tables available and other customers are seated immediately
- A visually impaired individual is told their service animal is not allowed in a store
- Charging men and women different prices for comparable services, such as clothing alterations, haircuts, dry cleaning, or drinks at a restaurant or bar
- Promoting a business with "ladies night" discounts on admission and services