UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ABC LEGAL,<br><br>    Defendant. | Case No. 21-cv-09076-SI<br><br>**JUDGMENT** |

On May 31, 2022, the Court granted defendant's motion to dismiss plaintiff's third amended complaint with prejudice. Dkt. No. 88. Judgment against plaintiff and in favor of defendant is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 31, 2022

_____
SUSAN ILLSTON
United States District Judge