UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ABC LEGAL,<br><br>    Defendant. | Case No. 21-cv-09076-SI<br><br>**ORDER DENYING MOTION FOR CORRECTION, LEAVE TO APPEAL, OR TO ALTER JUDGMENT**<br><br>Re: Dkt. No. 94 |

Before the Court is plaintiff's "Motion for Correction, Leave to Appeal, Alter Judgment." Dkt. No. 94. The one-sentence motion states that the Court has made "errors in judgment" but does not elaborate further. *Id.* A motion must "state with particularity the grounds for seeking the order" and "state the relief sought." Fed. R. Civ. P. 7(b). Because plaintiff does not state any state with any particularity the grounds for seeking correction or alteration of the judgment, the motion is **DENIED.**

Plaintiff also seeks leave for "additional time to Appeal due to temporary constraints on this portion of [plaintiff's] budget in December." Dkt. No. 94. Plaintiff's request for extension of time is moot because he timely filed notice of appeal on the same day he filed the instant motion. Dkt. No. 95. Plaintiff's motion is **DENIED.**

    **IT IS SO ORDERED**.

Dated: August 12, 2022

SUSAN ILLSTON
United States District Judge